**Motion Granted; Dismissed and Memorandum Opinion filed October 2, 2014.**



In The

# 𝕱ourteenth 𝕮ourt of 𝕬ppeals

## NO. 14-14-00205-CV

**GEORGE WOOD, Appellant/Cross-Appellee**

**V.**

**COMPASS BANK DBA BBVA COMPASS, Appellee/Cross-Appellant**

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. CV-0070286 & CV-0070286-A**

## M E M O R A N D U M    O P I N I O N

The trial court signed a partial summary judgment on January 17, 2014. The trial court also signed an order severing the claims between George Wood and Compass Bank dba BBVA Compass into cause number CV-0070286-A.[1] Both Wood and Compass appealed the judgment.

The parties now jointly move to dismiss the appeal stating they have settled

---

[1] Although a severance was ordered, our record in this appeal was filed under the main cause number.

all matters in controversy in the case. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.